against the Pennsylvania Railroad Company and another.

PER CURIAM. Judgment and order affirmed, with costs.

LAMBERT, J., not sitting.

---

BURREICI v. PELHAM OPERATING CO. et al. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Josephine Burreici, as administratrix, against the Pelham Operating Company and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 142 N. Y. Supp. 1110, 157 App. Div. 912.

---

BUSHBY v. BERKELEY (two cases). (Supreme Court, Appellate Division, First Department. October 31, 1913.) Actions by James C. Bushby against Lancelot M. Berkeley. No opinion. Motions to dismiss appeals granted, with $10 costs, unless appellant comply with terms stated in order. Order filed. See, also, 143 N. Y. Supp. 1109.

---

BUSHBY v. BERKELEY (two cases). (Supreme Court, Appellate Division, First Department. October 17, 1913.) Actions by James C. Bushby against Lancelot M. Berkeley. No opinion. Motions to dismiss appeals denied. Order filed. See, also, 153 App. Div. 742, 138 N. Y. Supp. 831; 143 N. Y. Supp. 1109.

---

In re BUTLER et al., Grade Crossing Com'rs. (Supreme Court, Appellate Division, Fourth Department. October 1, 1913.) In the matter of the application of E. H. Butler and others, as Grade Crossing Commissioners of the City of Buffalo, for a peremptory writ of mandamus against J. H. Bradley and others, as aldermen, etc. No opinion. Order affirmed, without costs. *Held*, that the grade crossing commissioners are not parties in interest, and therefore have no standing to maintain this action.

---

BUTTERLY, Appellant, v. DEERING, Respondent. (Supreme Court, Appellate Division, Second Department. October 10, 1913.) Action by James N. Butterly against James A. Deering. No opinion. Motion to resettle order granted. Settle order before the Presiding Justice. See, also, 143 N. Y. Supp. 1109.

---

BUTTERLY, Appellant, v. DEERING, Respondent. (Supreme Court, Appellate Division, Second Department. October 10, 1913.) Action by James N. Butterly against James A. Deering. No opinion. Motion for leave to appeal to the Court of Appeals (from 158 App. Div. 181, 142 N. Y. Supp. 1050) granted. Settle order before the Presiding Justice. See, also, 143 N. Y. Supp. 1109.

---

CADY, Respondent, v. HOLMES, Appellant. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by Edward E. Cady against Jeanette Holmes.

PER CURIAM. Order modified, to the extent of allowing defendant 20 days from the service of the order of this court in which to pay the terms imposed by the order appealed from, and that, on making said payment as aforesaid, the cause be set down for trial at the next term of the Supreme Court in Orange County, and, as so modified, said order is affirmed, with $10 costs and disbursements. See, also, 156 App. Div. 911, 141 N. Y. Supp. 1112.

---

CAMPBELL, Respondent, v. BOSSON, Appellant. (Supreme Court, Appellate Division, Third Department. September 26, 1913.) Action by Jeremiah Campbell against George C. Bosson, Jr. No opinion. Order affirmed, with $10 costs and disbursements.

---

CARBONE v. ELLISON CONST. CO. et al. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Raphael Carbone against the Ellison Construction Company and others. C. L. Hoffman, of New York City, for appellants. S. Wechsler, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

CARLIN, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Patrick J. Carlin, as receiver, against the City of New York. C. A. Winter, of New York City, for appellant. T. Farley, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

CARNEVALE, Appellant, v. INTERNATIONAL RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 8, 1913.) Action by Michele Carnevale, as administrator, etc., against the International Railway Company. No opinion. Judgment affirmed, with costs.

---

In re CARPENTER. (Supreme Court, Appellate Division, Fourth Department. October 8, 1913.) In the matter of Austin W. Carpenter, attorney and counselor at law.

PER CURIAM. Issues raised by the petition and answer thereto referred to Arthur R. Moore, an attorney residing at Fredonia, N. Y., to take the proofs thereon and return same to this court, together with his opinion thereon, and the district attorney of Chautauqua county is hereby designated to prosecute the matter.

---

CARR, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by Bernard J. Carr against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to Court of Appeals (from 142 N. Y. Supp. 1111) denied, with $10 costs.